IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**KINGRALE COLLINS, ADC #SK945**                                    **PLAINTIFF**

v.                  **CASE NO. 5:11CV00123 BSM-JJV**

**CURTIS MEINZER et al.**                                            **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is hereby dismissed without prejudice, and the relief sought is denied.

Dated this 19th day of July 2011.

                                                   _____
                                                   UNITED STATES DISTRICT JUDGE